■ In the Matter of GENESEE COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent, v WESLEY C., Appellant. (Appeal No. 5.) [715 NYS2d 182] —Appeal unanimously dismissed without

costs (*see, Matter of Cherilyn P.*, 192 AD2d 1084, *lv denied* 82 NY2d 652). (Appeal from Order of Genesee County Family Court, Graney, J.—Order of Protection.) Present—Pigott, Jr., P. J., Pine, Hurlbutt, Scudder and Kehoe, JJ.